IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| vs. | : CRIMINAL NO. 16-00020-CG |
| | : |
| **ARTHUR PENN, OLEAVIA PENN,** | : |
| **JANICE KIRKLAND,** | : |
| **CYNTHIA BIVINS, BUFORD DAVIS,** | : |
| **CHARLOTTE DAVIS,** | : |
| | : |
| **Defendants.** | : |

## AMENDED ORDER

A pretrial conference was conducted on March 15, 2016, before the undersigned Magistrate Judge. Conference participants included Fred Tiemann, counsel for Defendant Arthur Penn, Tim Fleming, counsel for Defendant Janice Kirkland, Larry Moorer, counsel for Defendant Cynthia Bivins, Arthur Madden, counsel for Defendant Buford Davis, Richard Shields, counsel for Defendant Charlotte Davis,[1] and Assistant U.S. Attorney Sinan Kalayoglu, counsel for the Government.

At the pretrial conference, all of the attorneys, except for

---

[1] Mr. Shields also stood in for Mr. Arthur Powell, counsel for Defendant Oleavia Penn, because Mr. Powell is in a capital murder trial in state court and requested permission to be excused from the pretrial conference.

Mr. Madden, requested a continuance.[2]  Defense counsel reported that in addition to the discovery provided at arraignment, last week, the Government produced approximately 20,000 new documents and 5-6 videos.  Defense counsel, with the exception of Mr. Madden, argued that they need additional time to review the voluminous discovery with their respective clients, and counsel them about how to proceed in this case. Accordingly, they requested that this case be continued for one term.  Mr. Madden reported that his client is not requesting a continuance. Counsel for the Government voiced no opposition to the continuance requests.

Upon consideration, the undersigned concludes that the ends of justice served by continuing this action for one term outweighs the best interests of the public and Defendants in a speedy trial. 18 U.S.C.A. § 3161(h)(7)(A). The record reflects that Defendants are charged with conspiring to prepare fraudulent tax returns and money laundering.  They were arraigned during the latter part of the term last month in this case that is very document intensive. The undersigned finds that under the circumstances, continuing this action so that defense counsel have sufficient time to prepare for trial or other resolution,

---

[2] Before the conference, Mr. Shields, Mr. Powell, and Mr. Fleming filed written motions for a continuance (Docs. 69, 71, 75).

and so that all Defendants can be tried together is reasonable. 18 U.S.C.A. §3161(h)(7)(A).  Accordingly, the request for a continuance is **GRANTED.  This case is hereby CONTINUED to the May 2016 criminal term, with jury selection commencing on May 2, 2016.** For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Counsel for all Defendants, except Buford Davis, shall file, on or before **March 22, 2016,** a Speedy Trial Waiver executed by each Defendant and his or her counsel.  The waiver shall include language which reflects that (A) counsel has discussed the reasons for seeking a continuance with Defendant; (B) Defendant understands that the time requested in the motion to continue trial of this matter will be excluded from any calculations of time under the Speedy Trial Act; and (C) with this understanding and knowledge, Defendant agrees to a continuance of this action to the **May 2016** trial term.

The deadline for pretrial motions is extended to **April 11, 2016.**

The Clerk is directed to refer this action to Magistrate Judge Nelson for the scheduling of a pretrial conference.

ORDERED this the **7th** day of **April, 2016.**

                                                  **/s/ SONJA F. BIVINS**
                                          **UNITED STATES MAGISTRATE JUDGE**